**Order entered February 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00145-CV

### IN RE MARVIN WAYNE GRAVES, Appellant

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 059700**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

.

/s/    MICHAEL J. O'NEILL
JUSTICE